IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

PAULA J. SAMS,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security Administration,

    Defendant.

Case No. 17-CV-74-FHM

## OPINION AND ORDER

Defendant's Unopposed Motion to Seal the Record, [Dkt. 31] is before the undersigned United States Magistrate Judge for decision. Defendant seeks to have Docket No. 14 (Transcript of Administrative Proceedings) sealed for the reason that the transcript contains some medical records that belong to someone other than the Plaintiff. The undersigned finds that the Docket No. 14 should be sealed.

Defendant's Unopposed Motion to Seal the Record, [Dkt. 31] is GRANTED. The Court Clerk is hereby directed to seal Docket No. 14 in this case.

SO ORDERED this 14th day of January, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE